UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., <br><br> Plaintiff, <br><br> vs. <br><br> DANNY HERRERA, et al., <br><br> Defendants. | 1:11-cv-01709-GSA-PC <br><br> ORDER GRANTING MOTION FOR EXTENSION OF TIME <br> (Doc. 13; also resolves Doc. 12.) <br><br> THIRTY DAY DEADLINE TO FILE AMENDED COMPLAINT <br><br> ORDER DIRECTING CLERK TO SEND PLAINTIFF A CIVIL COMPLAINT FORM |

     Leonard Ransom, Jr. ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on October 13, 2011.  (Doc. 1.)

     On October 25, 2011, Plaintiff consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c), and no other parties have made an appearance.  (Doc. 4.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required.  Local Rule Appendix A(k)(3).

     The court screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A and entered an order on August 12, 2014, requiring Plaintiff to either file an amended complaint or notify the

court that he is willing to proceed only on the claims found cognizable by the court.[1]  (Doc. 9.)  On August 27, 2014, Plaintiff filed a notice informing the court that he is willing to proceed only on the cognizable claims against defendants Brannum, Herrera, and Castro.  (Doc. 11.)

On September 2, 2014, Plaintiff filed a motion for extension of time to file an amended complaint pursuant to the court's screening order of August 12, 2014.  (Doc. 13.)  Plaintiff also seeks clarification of the cognizable claims found by the court, and requests the Clerk to send him a § 1983 civil complaint form.  (Doc. 12.)  Plaintiff acknowledges that on August 27, 2014, he filed a notice of his willingness to proceed with the Complaint on the claims found cognizable by the court; however, Plaintiff now wishes instead to amend the Complaint.  Good cause appearing, Plaintiff's motion for extension of time shall be granted.

Based on the foregoing, and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff is GRANTED an extension of time until thirty days from the date of service of this order in which to file an amended complaint pursuant to the court's order of August 12, 2014;

2. This order resolves Plaintiff's request for clarification of the cognizable claims found in the Complaint; and

3. The Clerk is directed to send Plaintiff a § 1983 civil complaint form.

IT IS SO ORDERED.

Dated:   **September 3, 2014**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The court's screening order found that Plaintiff states cognizable claims in the Complaint against defendants Brannum and Herrera for conspiracy to violate due process, and against defendant Castro for violation of due process.  (Doc. 9.)