UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., | 1:11-cv-01709-GSA-PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR SERVICE BY THE UNITED STATES MARSHAL, WITHOUT PREJUDICE |
| vs. | |
| DANNY HERRERA, et al., | (Doc. 21.) |
| Defendants. | |

Leonard Ransom, Jr. ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  On October 13, 2011, Plaintiff filed the Complaint commencing this action.  (Doc. 1.)  On October 25, 2011, Plaintiff consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c), and no other parties have made an appearance. (Doc. 4.)  Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

On December 29, 2014, Plaintiff filed a request for the court to direct the United States Marshal to serve process upon defendants in this case, and to impose the costs of service on defendants for their failure to waive service.  Plaintiff asserts that he does not presently have the financial means to obtain a process server.

In an order issued concurrently with this order, Plaintiff was granted thirty days in which to prepare and file a First Amended Complaint. In light of Plaintiff's expected amendment, it is not time for service of process at this juncture. Therefore, Plaintiff's request shall be denied, without prejudice to renewal of the motion at a later stage of the proceedings.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for service by the United States Marshal is DENIED, without prejudice.

IT IS SO ORDERED.

Dated: **January 4, 2015**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE