UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR.,<br><br>Plaintiff,<br><br>v.<br><br>DANNY HERRERA, et al.,<br><br>Defendants. | 1:11-cv-01709-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS<br>(Documents# 35, 36)<br><br>30-DAY DEADLINE |

Plaintiff is a prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On June 23, 2016 and June 27, 2016, Plaintiff filed motions for a sixty-day extension of time to file an opposition to Defendants' motion to dismiss filed on June 7, 2016. Plaintiff seeks additional time because he also has a deadline of June 24, 2016 in another pending case, 1:10-cv-00397-AWI-EPG-PC (Ransom v. Marquez), to file a response to Defendant's claim of the Official Information Privilege. The Court finds good cause to grant Plaintiff a thirty-day extension of time.

Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order in which to file an opposition to Defendants' motion to dismiss of June 7, 2016.

IT IS SO ORDERED.

Dated: **June 30, 2016**                      /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE