UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANNY HERRERA, et al.,<br><br>　　　　　Defendants. | 1:11-cv-01709-LJO-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR COPY OF DEFENDANT BRANNUM'S MOTION TO DISMISS AND GRANTING EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT BRANNUM'S MOTION TO DISMISS<br>(ECF NO. 50) |

　　　　Leonard Ransom, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On July 7, 2016, defendant Brannum filed a motion to dismiss. (ECF No. 38). On September 1, 2016, the Court ordered Plaintiff to file an opposition or a statement of non-opposition to defendant Brannum's motion to dismiss within thirty days of the service of the order. (ECF. No. 47). On September 12, 2016, Plaintiff filed a response to that order, stating that he never received a copy of defendant Brannum's motion to dismiss and asking for a copy of the motion. (ECF No. 49). On September 15, 2016, Plaintiff filed a motion requesting a copy of defendant Brannum's motion to dismiss. (ECF. No. 50). According to Plaintiff's motion, he never received a copy of defendant Brannum's motion to dismiss.

Based on Plaintiff's uncontroverted assertions, it appears that Plaintiff never received a copy of defendant Brannum's motion to dismiss.  Accordingly, IT IS ORDERED that the Clerk of Court is directed to send Plaintiff a copy of defendant Brannum's motion to dismiss (ECF No. 38).

IT IS FURTHER ORDERED that Plaintiff has thirty days from the date of the service of this order to file an opposition or statement of non-opposition to defendant Brannum's motion to dismiss.  If Plaintiff fails to comply with this order the Court will deem the failure to respond as a waiver and may recommend that defendant Brannum's motion to dismiss be granted on that basis.

IT IS SO ORDERED.

Dated:   **September 26, 2016**                    /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE