# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., <br><br>        Plaintiff, <br><br>    v. <br><br>DANNY HERRERA, et al., <br><br>        Defendants. | 1:11-cv-01709-LJO-EPG (PC) <br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE A SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANT BRANNUM'S MOTION TO DISMISS <br>(ECF NO. 54) |

      Leonard Ransom, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On July 7, 2016, defendant Brannum filed a motion to dismiss. (ECF No. 38). On September 1, 2016, the Court ordered Plaintiff to file an opposition or a statement of non-opposition to defendant Brannum's motion to dismiss within thirty days of the service of the order. (ECF No. 47). On September 12, 2016, Plaintiff filed a response to that order, stating that he never received a copy of defendant Brannum's motion to dismiss and asking for a copy of the motion. (ECF No. 49). On September 15, 2016, Plaintiff filed a motion requesting a copy of defendant Brannum's motion to dismiss. (ECF No. 50). On September 26, 2016, the Court granted Plaintiff's request for a copy of defendant Brannum's motion to dismiss, and gave Plaintiff thirty days to file an opposition or a statement of non-opposition to the motion. (ECF No. 51). On October 3, 2016, Plaintiff filed his opposition to

defendant Brannum's motion to dismiss.  (ECF No. 52).  On October 17, 2016, Plaintiff filed what the Court construes as a motion to file a supplemental brief in opposition to defendant Brannum's motion to dismiss ("the Motion").  (ECF No. 54).

According to the Motion, Plaintiff requests the opportunity to file a supplemental brief in opposition to defendant Brannum's motion to dismiss because, upon further research, Plaintiff noticed that he did not brief a case that is relevant to the Court's determination of the motion to dismiss and that he briefed two cases that are not relevant.  The Court finds good cause to grant Plaintiff the opportunity to file a supplemental brief.

Accordingly, IT IS ORDERED that:

1. Plaintiff has thirty days from the date of the service of this order to file a supplemental brief in opposition to defendant Brannum's motion to dismiss;
2. Plaintiff's supplemental brief must state whether it is an additional brief, or whether it is intended to replace the prior opposition he filed; and
3. Defendant Brannum has seven days from the date of the service of the supplemental brief to file a reply to the supplemental brief.

IT IS SO ORDERED.

Dated:   **October 19, 2016**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE