# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., <br><br> Plaintiff, <br><br> v. <br><br> DANNY HERRERA, et al., <br><br> Defendants. | 1:11-cv-01709-LJO-EPG (PC) <br><br> ORDER GRANTING REQUEST FOR SCREENING AND SETTING DEADLINE FOR RESPONSIVE PLEADING <br><br> (ECF NOS. 72 & 73) |

Leonard Ransom, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On March 28, 2017, Plaintiff's First Amended Complaint was dismissed with leave to amend. (ECF Nos. 61 & 69). On May 15, 2017, Plaintiff filed his Second Amended Complaint. (ECF No. 72). On May 31, 2017, Defendants filed a request for screening of the Second Amended Complaint. (ECF No. 73).

The Court is required to screen complaints in civil actions in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's complaint alleges that Defendants, employees of the California Department of Corrections and Rehabilitation ("CDCR"), violated his constitutional rights. Because Plaintiff is a prisoner and Defendants were employees of the CDCR when the alleged events occurred, the Court is required to screen the complaint. Therefore, the request for the Court to screen Plaintiff's Second Amended Complaint will be granted. In addition, the Court will extend the deadline for Defendants to file a responsive pleading.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The request for the Court to screen Plaintiff's Second Amended Complaint is

1

GRANTED, and the Court shall issue a screening order in due time; and

2. If the Court finds cognizable claims, Defendants have twenty-one days from the date of service of the Court's screening order in which to file a responsive pleading to the Second Amended Complaint.

IT IS SO ORDERED.

Dated: **June 1, 2017**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE