# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., | Case No. 1:11-cv-01709-LJO-EPG (PC) |
| Plaintiff, | ORDER GRANTING IN PART PLAINTIFF'S REQUEST |
| v. | (ECF NO. 81) |
| DANNY HERRERA and RICKY BRANNUM, | |
| Defendants. | |

Leonard Ransom, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On November 6, 2017, Plaintiff filed a "request for court order, directly to High Desert State Prison Warden M.E. Spearman, to provide phonecall [sic], on November 20, 2017, at 3:00 p.m., so Plaintiff can participate in the initial scheduling conference…." (ECF No. 81).

Because Plaintiff's attendance at the initial scheduling conference is mandatory, and because the conference cannot go forward without Plaintiff, the Court will grant Plaintiff's request in part.

Accordingly, IT IS ORDERED that Plaintiff's institution make him available for the above mentioned telephonic court appearance. Moreover, defense counsel shall confirm with Plaintiff's institution of confinement that arrangements have been made for Plaintiff to telephonically appear at the conference.

IT IS SO ORDERED.

Dated:   **November 9, 2017**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE