IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR.,<br><br>Plaintiff,<br><br>v.<br><br>DANNY HERRERA and RICKY BRANNUM,<br><br>Defendants. | Case No. 1:11-cv-01709-LJO-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO SERVE PLAINTIFF WITH SETTLEMENT OFFER AND SUBMISSION OF CONFERENCE STATEMENT IN ACCORDANCE WITH COURT'S ORDER REGARDING SETTLEMENT<br><br>(ECF NO. 97) |

The Court, having considered defendants Brannum and Herrera's request for an extension of time to allow Defendants to serve Plaintiff with Defendants' settlement offer and to submit settlement conference statements, and good cause having been found:

IT IS HEREBY ORDERED that Defendants' request for an extension of time is granted. Defendants have up to and including January 29, 2018, to serve Plaintiff with their settlement offer. The parties have up to and including February 8, 2018, to submit their confidential settlement conference statements in accordance with the Court's Order Regarding Settlement (ECF Nos. 91 & 92).

IT IS SO ORDERED.

Dated:  __January 17, 2018__          /s/ _Erica P. Grosjean_
                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28