# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

LEONARD RANSOM, JR.,

              Plaintiff,

v.

DANNY HERRERA, et al.,

              Defendants.

Case No. 1:11-cv-01709-LJO-EPG (PC)

ORDER & WRIT OF HABEAS CORPUS
AD TESTIFICANDUM RE INMATE
LEONARD RANSOM, JR, CDCR # D-13702

DATE: February 22, 2018
TIME:  10:00 a.m.

Inmate Leonard Ransom, Jr., CDCR # D-13702, a necessary and material witness on his own behalf in proceedings in this case on February 22, 2018, is confined at High Desert State Prison in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States Magistrate Judge Sheila K. Oberto, via video conference from his present place of confinement, to the U. S. District Court, Courtroom #10, 2500 Tulare Street, Fresno, California 93721, on Thursday, February 22, 2018 at 10:00 a.m.

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by video conference, to participate in an settlement conference at the time and place above, until completion of the conference or as ordered by the Court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To the Warden of High Desert State Prison:**

**WE COMMAND** you to produce the inmate named above, by video conference, along with his legal property required for the settlement conference, volume not to exceed one paper box, to appear before Judge Oberto at the time and place above, until completion of the settlement conference or as ordered by Judge Oberto.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  __**January 25, 2018**__

_____
/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE