# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, Jr., <br><br> Plaintiff, <br><br> v. <br><br> DANNY HERRERA, et al., <br><br> Defendants. | Case No. 1:11-cv-01709-LJO-EPG (PC) <br><br> **ORDER VACATING SETTLEMENT CONFERENCE AND VACATING WRIT FOR PLAINTIFF'S APPEARANCE VIA VIDEO CONFERENCE** <br><br> **(Docs. 87, 106)** |

Plaintiff, Leonard Ransom, Jr., a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. The action is currently scheduled for settlement conference before the undersigned on February 22, 2018. (Doc. 87.) On January 19, 2018, Plaintiff filed a motion to appear at the settlement conference via video conference which was granted. (Docs. 101, 106.) Subsequently, this Court held two telephonic status conferences --- on January 25, 2018, and February 9, 2018. As a result, this Court has determined that a settlement conference will not be productive at this stage in this case.

Accordingly, it is HEREBY ORDERED that:

(1) the settlement conference, scheduled before the undersigned on February 22, 2018, is VACATED;[1]

(2) Plaintiff is no longer required to appear on that date and the writ commanding Plaintiff's appearance via video conference which issued on January 25, 2018, (Doc.

---

[1] This Court's involvement in this case is hereby terminated. Further scheduling of a settlement conference in this matter will remain with the judges assigned to this action.

1

106), is VACATED; and

(3) The Clerk of the Court is directed to forward a copy of this order to the Litigation Coordinator at High Desert State Prison.

IT IS SO ORDERED.

Dated: **February 12, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE