UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., <br><br> Plaintiff, <br><br> v. <br><br> DANNY HERRERA and RICKY BRANNUM, <br><br> Defendants. | Case No. 1:11-cv-01709-LJO-EPG (PC) <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE OF SUBPOENAS BY UNITED STATES MARSHALS SERVICE AT COST TO PLAINTIFF AND DIRECTING SERVICE OF SUBPOENAS BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS <br><br> (ECF NO. 100) |

The Court previously granted Plaintiff's motion for the issuance of subpoenas. (ECF No. 95). On January 19, 2018, Plaintiff submitted the completed subpoenas to the Court, and filed a motion requesting that the United States Marshals Service serve the subpoenas, at cost to Plaintiff (ECF No. 100). According to Plaintiff, he has no way to arrange for service of the subpoenas, except by asking that the United States Marshals Service serve the subpoenas.

The Court finds good cause to grant Plaintiff's motion.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court shall forward the following documents to the United States Marshals Service:
    a. Five (5) copies of this order, one to accompany each subpoena and one for the United States Marshals Service (the completed subpoenas *duces tecum* and

1

USM-285 forms have already been forwarded to the United States Marshals Service).

2. Within TWENTY (20) DAYS from the date of this order, the United States Marshals Service SHALL effect personal service of the subpoenas, along with a copy of this order, upon the entities named in the subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

3. The United States Marshals Service is DIRECTED to retain a copy of the subpoenas in its file for future use.

4. For each subpoena, within TEN (10) DAYS after personal service is effected, the United States Marshals Service SHALL file the return of service.

5. Within sixty (60) days of receipt of each returned USM-285 form, Plaintiff shall pay the total charges for service of the corresponding subpoena. If Plaintiff needs additional time, he may file a motion for an extension of time. Plaintiff shall pay by money order. The money order(s) shall be made out to United States Marshals Service, and mailed to Attention: Jill Simmons, 2500 Tulare St., Fresno, CA, 93721, Suite 3501.

6. Failure to timely pay for service of the subpoenas may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **February 12, 2018**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE