# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR.,<br><br>       Plaintiff,<br><br>  v.<br><br>DANNY HERRERA and RICKY BRANNUM,<br><br>       Defendants. | Case No. 1:11-cv-01709-LJO-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR RULING ON PLAINTIFF'S MOTION AND REQUEST FOR SERVICE OF SUBPOENAS BY UNITED STATES MARSHAL SERVICE<br><br>(ECF NO. 115) |

Leonard Ransom, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 26, 2018, Plaintiff filed a request for ruling on Plaintiff's motion and request for service of subpoenas by United States Marshal Service ("the Request"). The Request will be denied because the Court has already granted Plaintiff's motion and request for service of subpoenas by United States Marshal Service (ECF No. 113). The Court notes that it granted Plaintiff's motion on February 13, 2018, which was seven days before Plaintiff mailed the Request to the Court (ECF No. 115, p. 11).

Accordingly, IT IS ORDERED that the Request is DENIED.
IT IS SO ORDERED.

Dated:   **February 28, 2018**        /s/ *Erica P. Grosjean*
                                 UNITED STATES MAGISTRATE JUDGE