UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>DANNY HERRERA and RICKY BRANNUM,<br><br>    Defendants. | Case No. 1:11-cv-01709-LJO-EPG (PC)<br><br>ORDER ADDRESSING OBJECTIONS AND DIRECTING SERVICE OF SUBPOENA BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(ECF NOS. 116 & 120) |

    The Court previously granted Plaintiff's motion for the issuance of subpoenas (ECF No. 95), and the subpoenas were served (ECF No. 118). Non-party Kern County District Attorney's Office ("KCDA") made several technical objections to the subpoena it received from Plaintiff. (ECF Nos. 116 & 120).

    KCDA objects on the basis that it was served by facsimile without prior agreement or notice. However, the Court has contacted Jill Simmons at the United States Marshals Service, who explained that she had contacted two different people at KCDA whose first names are Kristy and Theresa.[1] Both orally represented to that the proper way to serve the subpoena on KCDA was by fax, with a copy being sent by mail. Jill Simmons stated that she complied with

---

[1] Phonetic spellings.

1

these instructions. Under these circumstances, the Court is troubled by KCDA's objection to service in this form.[2]

Nevertheless, the Court will direct re-service of the subpoena. The Clerk of Court is hereby directed to sign the subpoena and attach a copy of the subpoena to this order. Additionally, KCDA will be given until April 6, 2018, to respond to the subpoena in response to its request for additional time. Finally, in response to the objection to sending documents to Plaintiff, in the alternative, KCDA may mail the responsive documents to the Clerk's Office at Robert E. Coyle United States Courthouse, 2500 Tulare Street, Room 1501, Fresno, CA 93721. The Clerk's Office will be directed to forward the responsive documents to Plaintiff.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall sign the completed subpoena *duces tecum*.
2. The Clerk of the Court shall forward the following documents to the United States Marshals Service:
    a. One (1) completed and issued subpoena *duces tecum*;
    b. One (1) completed USM-285 form; and
    c. Two (2) copies of this order, one to accompany the subpoena and one for the United States Marshals Service.
3. The Clerk of Court is directed to attach a copy of the completed subpoena *duces tecum* to this order.
4. If KCDA produces any documents in response to the subpoena *duces tecum*, it may mail the responsive documents to the Clerk's Office at Robert E. Coyle United States Courthouse, 2500 Tulare Street, Room 1501, Fresno, CA 93721. If KCDA mails the documents to the Clerk's Office, the Clerk's Office shall forward the documents to Plaintiff.
5. Within TWENTY (20) DAYS from the date of this order, the United States

---

[2] The Court suggests that KCDA correspond directly with the Marshal's service regarding its preference for service and clear up any confusion. It goes without saying that if KCDA represents it will accept service using one method, orally or otherwise, it should not object to that service.

Marshals Service SHALL effect personal service of the subpoenas, along with a copy of this order, upon the entities named in the subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

6. The United States Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.
7. For each subpoena, within TEN (10) DAYS after personal service is effected, the United States Marshals Service SHALL file the return of service.
8. Within sixty (60) days of receipt of the returned USM-285 form, Plaintiff shall pay the total charges for service of the subpoena. Plaintiff shall pay by money order. The money order(s) shall be made out to United States Marshals Service, and mailed to Attention: Jill Simmons, 2500 Tulare St., Fresno, CA, 93721, Suite 3501.
9. Failure to timely pay for service of the subpoenas may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: **March 1, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE