UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., <br><br> Plaintiff, <br><br> v. <br><br> DANNY HERRERA and RICKY BRANNUM, <br><br> Defendants. | Case No. 1:11-cv-01709-LJO-EPG (PC) <br><br> ORDER RE: DEFENDANTS' REQUEST FOR CLARIFICATION OF MARCH 19, 2018 MINUTE ORDER <br><br> (ECF NO. 126) |

On March 19, 2018, the Court issued a minute order stating that: "The parties, as well as third parties K. Holland and S. Kernan, should be prepared to discuss the motions to quash (ECF Nos. 121 & 122 ) at the discovery and status conference on April 4, 2018." (ECF No. 125).

On March 22, 2018, counsel for Defendants and third parties K. Holland and S. Kernan ("Counsel") filed a request for clarification. (ECF No. 126). Counsel states that Defendants and K. Holland and S. Kernan will be prepared to discuss the motions to quash, but requests clarification regarding whether Plaintiff needs to file opposition(s) to the motions. Counsel argues that the ability to discuss the motions will be limited without the benefit of Plaintiff's opposition.

In issuing the minute order on March 19, 2018, the Court did not alter the deadlines laid

1

out in Local Rule 230(l).  Under Local Rule 230(l), Plaintiff's opposition is due before the discovery and status conference.

IT IS SO ORDERED.

Dated: **March 23, 2018**              /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE