UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., <br> Plaintiff, <br> v. <br> DANNY HERRERA and RICKY BRANNUM, <br> Defendants. | Case No. 1:11-cv-01709-LJO-EPG (PC) <br> ORDER FOLLOWING DISCOVERY AND STATUS CONFERENCE |

Leonard Ransom, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On April 4, 2018, the Court held a Discovery and Status Conference ("Conference"). Plaintiff telephonically appeared on his own behalf. Counsel Annakarina De La Torre-Fennell and Michelle Angus telephonically appeared on behalf of Defendants.

As stated on the record at the Conference, IT IS ORDERED that:

1. Plaintiff has until April 11, 2018, to mail to the Court his opposition(s) to K. Holland's Motion to Quash (ECF No. 121) and S. Kernan's Motion to Quash (ECF No. 122);

2. Plaintiff has leave to serve up to five additional requests for admission or interrogatories on Defendants to seek confirmation that Plaintiff was kept in administrative segregation as a result of the Rules Violation Report at issue in this case on the dates he contends;

3. The non-expert discovery cutoff is extended to June 26, 2018; and

1

4. Plaintiff shall serve Defendants with copies of all documents he receives pursuant to the subpoena issued to Kern County District Attorney's Office within one week of receiving them.

IT IS SO ORDERED.

Dated: __**April 5, 2018**__    /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE