UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., | Case No. 1:11-cv-01709-LJO-EPG (PC) |
| Plaintiff, | ORDER RE: PLAINTIFF'S LETTER |
| v. | (ECF NO. 130) |
| DANNY HERRERA and RICKY BRANNUM, | 30-DAY DEADLINE |
| Defendants. | |

Leonard Ransom, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 26, 2018, Plaintiff filed a letter. (ECF No. 130). According to the letter, Plaintiff sent a check to the United States Marshals Service in the amount of $146.54. However, the Court has contacted the United States Marshals Service, and it appears that it did not receive the payment. Accordingly, the Court will give Plaintiff thirty days to file evidence that he made the payment. Alternatively, if for some reason Plaintiff's payment did not go through, Plaintiff will be given thirty days to resubmit the payment and submit evidence that he did so.

///

1

Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff has thirty days from the date of service of this order to either: 1) File evidence that he made the payment for service of the subpoenas; or 2) Resubmit the payment and submit evidence that he did so.

IT IS SO ORDERED.

Dated: **April 6, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE