# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., <br><br> Plaintiff, <br><br> v. <br><br> DANNY HERRERA and RICKY BRANNUM, <br><br> Defendants. | Case No. 1:11-cv-01709-LJO-EPG (PC) <br><br> ORDER RE: DEFENDANTS' REQUEST FOR CLARIFICATION REGARDING DUE DATE FOR PLAINTIFF'S DISCOVERY RESPONSES <br><br> (ECF NO. 141) |

On April 20, 2018, Defendants requested clarification regarding whether the Court granted Plaintiff an extension of time to respond to their discovery requests at the discovery and status conference. (ECF No. 141). Defendants seek clarification in order to determine whether a motion to compel is appropriate at this time.

The Court did not grant Plaintiff an extension of time to respond to the discovery requests at issue. A motion to compel appears appropriate from Defendants' description of discovery status.

IT IS SO ORDERED.

Dated: **April 23, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1