UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., | Case No. 1:11-cv-01709-LJO-EPG (PC) |
| Plaintiff, | ORDER RE: PLAINTIFF'S LETTER DATED APRIL 24, 2018 |
| v. | (ECF NO. 149) |
| DANNY HERRERA and RICKY BRANNUM, | |
| Defendants. | |

Leonard Ransom, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On March 26, 2018, Plaintiff filed a letter. (ECF No. 130). According to the letter, Plaintiff sent a check to the United States Marshals Service in the amount of $146.54. However, the Court contacted the United States Marshals Service ("the Marshal), and it appeared that the Marshal had not received the payment. Accordingly, on April 6, 2018, the Court issued an order giving Plaintiff thirty days to file evidence that he made the payment, or to resubmit the payment and submit evidence that he did so. (ECF No. 133).

On April 30, 2018, Plaintiff filed a letter in response to the Court's order. (ECF No. 149). In the response, Plaintiff alleges that he has been trying to make the payment. Plaintiff

also attached evidence that he attempted to make the payment. Plaintiff asks for a Court order directing the litigation coordinator at High Desert State Prison (or the Warden) to deduct the funds from his trust account and forward them to the Marshal.

The Court has been in contact with the Marshal, and was informed that the Marshal has received Plaintiff's payment. Accordingly, it appears that the issue has been resolved. Thus, the Court will deny Plaintiff's request for an order directing the litigation coordinator at High Desert State Prison (or the Warden) to deduct the funds from his trust account and forward them to the Marshal.

Accordingly, IT IS ORDERED that Plaintiff's request for an order directing the litigation coordinator at High Desert State Prison (or the Warden) to deduct the funds from his trust account and forward them to the Marshal is DENIED.

IT IS SO ORDERED.

Dated: **May 3, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE