IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEONARD RANSOM, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**DANNY HERRERA and RICKY BRANNUM,**<br><br>Defendants. | Case No. 1:11-cv-01709-LJO-EPG (PC)<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO SERVE EXPERT DISCLOSURES AND EXTENDING RELATED DEADLINES** |

The Court, having considered Defendants Brannum and Herrera's request for an extension of time of forty-five days following the settlement conference on July 17, 2018, for the parties to serve their expert disclosures in this case, and good cause having been found:

IT IS HEREBY ORDERED that the parties have until August 31, 2018, to serve their expert disclosures.

IT IS FURTHER ORDERED that the rebuttal expert disclosure deadline is extended to September 21, 2018, the expert discovery cutoff is extended to October 5, 2018, and the dispositive motion filing deadline is extended to October 19, 2018.

The remaining dates in the schedule, including the trial date, are unchanged.
IT IS SO ORDERED.

Dated: **May 7, 2018**            /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE

2