IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Leonard Ransom

     Plaintiff(s)

vs.

Danny Herrera and Ricky Brannum

     Defendants.

         /

No. 11-cv-01709-LJO-EPG

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Brian C. Mccomas, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on April 17, 2018, by the Honorable Erica P. Grosjean, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Please see attached Declaration of Counsel dated May 29, 2018.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 845.19 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 11-cv-01709-LJO-EPG

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 29 day of May, 20 18, at San Francisco, California.

/s/ B.C. McComas

Attorney for Plaintiff(s)

The above expenditure is ___X___ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: May 30, 2018

E. P. [signature]

United States District Judge/Magistrate Judge

```
BRIAN C. McCOMAS
California SBN 273161
The Law Office of B.C. McComas, LLP
PMB 1605, 77 Van Ness Ave., Ste. 101
San Francisco, CA 94102
Telephone: (208) 320-0383
Facsimile: (415) 520-2310
Email: mccomas.b.c@gmail.com

Limited Purpose Attorney for Plaintiff
LEONARD RANSOM
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR.,<br><br>  Plaintiff,<br><br>v.<br><br>DANNY HERRERA and RICKY BRANUM,<br><br>  Defendants. | Case No. 1:11-cv-01709-LJO-EPG<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST PAYMENT**<br><br>The Honorable Magistrate Judge Erica P. Grosjean |

I, Brian C. McComas, declare:

I. **INTRODUCTION.**

1. The undersigned counsel is an attorney licensed to practice in the States of California and Idaho, and authorized to appear before the California and Idaho State Courts, the United States Court of Appeals for the Ninth Circuit and the all of the United States District Courts in California and Idaho. The undersigned also has been admitted to practice *pro hac vice* before the United States District Court for the District of Nevada and the Montana Supreme Court and its Sentence Review Division. The undersigned owns and operates the Law Office of B.C. McComas, LLP.

2. The undersigned has been appointed by this Court to represent

1

1 plaintiff, Leonard Ransom. Doc #138. Plaintiff brings this civil rights action
2 against Defendants Brannum and Herrera asserting claims of conspiracy, retaliation
3 in violation of the Fifth Amendment, procedural due process and substantive due
4 process violations, and malicious prosecution.

5     3.   By the same order, the Court scheduled a settlement conference in the
6 matter for July 17, 2018, at 11:0 am at High Desert State Prison. Doc #132. The
7 court ordered the filing of confidential settlement conference statements by July 9,
8 2016. *Id.*

9     4.   The undersigned submits this declaration in support of his request for
10 expenses necessary to obtain case files and attend the settlement conference. The
11 expenses requested herein are reasonably calculated so that the undersigned can
12 complete necessary tasks as ordered by this Court. The undersigned respectfully
13 requests authorization of the expenses requested herein.

14     5.   The undersigned is informed and believes that Plaintiff is currently
15 incarcerated in the High Desert State Prison near Susanville, California. The
16 undersigned has written to Plaintiff seeking all of his records and his authorization
17 for release of additional records from the CDCR. The undersigned has submitted
18 those releases to the High Desert State Prison in order to obtain necessary
19 documents.

20     6.   On May 9, 2018, the undersigned contacted opposing counsel,
21 Annakarina De La Torre-Fennell. The undersigned asked for disclosure of
22 Plaintiff's C-File in order to speed up the process necessary to prepare the
23 settlement conference statement. The undersigned was informed that opposing
24 counsel would evaluate the files and possibly disclose some of the matters. Counsel
25 has since requested the files from the HDSP, and will follow up with opposing
26 counsel as necessary to complete the request.

27
28

II. **REQUEST FOR AUTHORIZATION TO INCUR COSTS FOR SERVICES REQUIRED TO MEET WITH PLAINTIFF, PREPARE CONFIDENTIAL SETTLEMENT MATERIALS, AND ATTEND THE SETTLEMENT CONFERENCE.**

1. The undersigned counsel is in the process of reviewing records in Plaintiff's case, gathering materials for inclusion in the confidential settlement statement, conferring with Plaintiff and other witnesses, drafting the confidential settlement statement, and researching the case. The undersigned wants to facilitate preparation for the settlement conference as expeditiously as possible. Accordingly, the undersigned is submitting this request for authorization of funds prior to expending any monies on the below described services and expenses. *See* General Order 510, In re Modification of General Order No. 230 (September 29, 2011).

   A. The undersigned needs to collect and review portions of Plaintiff's C-File from the California Department of Corrections and Rehabilitation at High Desert State Prison. The undersigned must seek authorization of the expenses for copying of the C-File in case opposing counsel refuses to disclose relevant documents from Defendant's file. The undersigned is informed that production of the records could cost up to $150 in photo-copying and delivery expenses. The undersigned requests authorization to incur these costs should they be necessary to obtain and review Plaintiff's correctional and medical records. *See* General Order 401, Section 4A(1).

   B. The undersigned needs to attend the Settlement Conference in Susanville pursuant to the order of this Court and directions of its ADR and *Pro Bono* Coordinator. The undersigned believes that meeting with Plaintiff the day before the conference is the most expeditious and cost-effective method for litigating this matter. Thus, the undersigned seeks expenses necessary to meet and confer with Plaintiff, and attend the settlement conference, during one trip from San Francisco to Susanville on July 15-17, 2016:

   i. **Vehicle.** The undersigned will drive his car from San

Francisco to Susanville, and in return. The undersigned is informed that travel by privately owned automobile may be claimed at the rate currently authorized for federal judiciary employees who use a private automobile to conduct official business, plus parking fees, tolls and similar expenses. That rate is .545 per mile. The trip will require travel of 582 miles for an estimated travel cost of $317.19.

        ii.    **Lodging.** Due to the distance, the undersigned will need two night stays at a hotel in Susanville to travel with sufficient time to meet with plaintiff and attend the settlement conference. The undersigned is informed that the *per diem* rate per night of hotel accommodation is $126, for a total of $252 for lodging for two nights on July 15 and 16, 2018.

        iii.    **Food and Miscellaneous Expenses.** The trip from San Francisco to Fresno and back will take more than 10 hours. Thus, the undersigned is authorized to incur food and miscellaneous expenses at *per diem* rates. The undersigned is informed that the current *per diem* rate for meals and expenses is $42 per day, for a total $126 for meals and expenses actually incurred.

    C.    In sum, the undersigned requests authorization of approximately $845.19 for copying and travel costs necessary to visit with Plaintiff and attend the settlement conference. *See* General Order 401, Section 4A(5-6). The estimate is slightly higher than anticipated to avoid further authorization requests. Of course, the undersigned will seek reimbursement only for actual expenses upon completion of all services.

    2.    The undersigned believes that the above requested expenses are reasonable and necessary to effectively represent Plaintiff. The undersigned intends to prepare and file the confidential settlement statement by its current due date of July 9, 2018 and to attend the conference on July 17, 2018. To do so, the undersigned requests authorization of the above described expenses as necessary to obtain documents and attend the settlement conference.

    I declare under penalty of perjury, as defined by the laws of California and

4

1 | the United States, that the foregoing is true and correct, and that this declaration was
2 | executed in San Francisco, California.

3 | Dated: May 29, 2018                    /s/ Brian C. McComas
4 |                                         BRIAN C. McCOMAS
5 |                                         Limited Purpose
6 |                                         Attorney for Plaintiff
                                            LEONARD RANSOM

5