UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>DANNY HERRERA and RICKY BRANNUM,<br><br>    Defendants. | Case No. 1:11-cv-01709-LJO-EPG (PC)<br><br>ORDER FOLLOWING SECOND DISCOVERY CONFERENCE<br><br>(ECF NOS. 145, 146, 147, 158, 159, & 168) |

    Leonard Ransom, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On June 13, 2018, the Court held a Discovery Conference ("Conference"). Plaintiff telephonically appeared on his own behalf. Brian McComas, Plaintiff's limited purpose counsel, appeared telephonically. Counsel Annakarina De La Torre-Fennell and Michelle Angus telephonically appeared on behalf of Defendants.

    As stated on the record at the Conference, IT IS ORDERED that:

1. Defense counsel and Plaintiff's limited purpose counsel shall continue to meet and confer regarding documents that each party needs prior to the settlement conference. If there is a dispute, the parties should contact the Court's courtroom deputy at mrooney@caed.uscourts.gov, and the Court will promptly set a telephonic conference to resolve the dispute.
2. Plaintiff's motion for extension of time is GRANTED IN PART. Plaintiff has until August 3, 2018, to file an opposition to Defendants' motion for terminating

sanctions, ECF No. 160.

3. Defendant Herrera's motion to compel responses to defendant Herrera's interrogatory requests (ECF No. 146) is DENIED for the reasons stated on the record;

4. Defendant Brannum's motion to determine sufficiency of answers or objections (ECF No. 147) is GRANTED IN PART for the reasons stated on the record. Defendant Brannum may re-serve request for admission number two on Plaintiff within fourteen days of the date of service of this order.[1] If Defendant Brannum re-serves this request for admission, Plaintiff has thirty days from the date of service of the request to serve Defendant Brannum with a written response to the request. Additionally, Plaintiff may, by August 17, 2018, revise or supplement his responses to defendant Brannum's first set of requests for admission.

5. Defendants' motion to compel further responses to Defendants' first set of requests for production of documents (ECF No. 158) is DENIED for the reasons stated on the record;

6. Defendants' motion to compel responses to defendant Brannum's first set of interrogatory requests (ECF No. 159) is DENIED for the reasons stated on the record; and

7. If Plaintiff personally attacks defense counsel, including referring to counsels' race, defense counsel may file an immediate motion for sanctions and may renew their request for terminating sanctions.

\\\
\\\
\\\
\\\
\\\

---

[1] This deadline was not stated on the record.

Additionally, IT IS ORDERED that Defendants' request to withdraw their motion to compel filed on April 27, 2018, is GRANTED. Defendants' motion to compel filed on April 28, 2018 (ECF No. 145), is WITHDRAWN.

IT IS SO ORDERED.

Dated: __**June 13, 2018**__   /s/ *Erwin P. Gросj*
UNITED STATES MAGISTRATE JUDGE