UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., | Case No. 1:11-cv-01709-LJO-EPG (PC) |
| Plaintiff, | ORDER GRANTING IN PART DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF AND EXTENSION OF TIME TO SERVE EXPERT DISCLOSURES |
| v. | |
| DANNY HERRERA and RICKY BRANNUM, | (ECF NO. 191) |
| Defendants. | |

On August 6, 2018, Defendants filed a motion for leave to depose Plaintiff and extension of time to serve expert disclosures. (ECF No. 191). Defendants ask for a second deposition of Plaintiff because Plaintiff's conduct caused the first deposition to be terminated prematurely. Because the information Plaintiff provides in his deposition may affect Defendants' need for expert witnesses, and because Defendants' may need to provide the information to their expert witnesses, Defendants also ask for an extension of the expert disclosure deadline and the dispositive motion deadline.

Plaintiff's conduct during the deposition will be addressed separately in the Court's order on Defendants' motion for sanctions (ECF No. 160). For the reasons that will be addressed in connection with that motion, as well as for the reasons provided by Defendants in this motion, the Court will grant Defendants' request as follows:

Defendant may take a second deposition of Plaintiff, limited to two hours of deposition time on the record, not including any breaks in the deposition. The deposition shall cover issues not already addressed in Plaintiff's prior deposition.[1]

As the Court has found good cause to grant Defendants' request for a second deposition, the Court will also extend the expert disclosure deadline, the rebuttal expert disclosure deadline, the expert discovery cutoff, and the dispositive motion deadline.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants have until September 14, 2018, to depose Plaintiff. Defendants may depose Plaintiff for up to two hours. Defendants may only cover topics that were not covered in the first deposition;
2. The parties have until October 29, 2018, to submit their expert disclosures;
3. The parties have until November 12, 2018, to submit their rebuttal expert disclosures;
4. The expert discovery cutoff is November 26, 2018; and
5. The dispositive motion deadline is December 10, 2018.
6. All other dates remain as previously scheduled.

IT IS SO ORDERED.

Dated: **August 7, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] As discussed at the June 13, 2018 hearing, if a dispute arises during this deposition, the parties should contact Judge Grosjean's courtroom deputy to see if the Court is available for a telephonic conference. To the extent the Court's calendar allows, the Court will make all effort to resolve the issue during the deposition.