# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR.,<br><br>Plaintiff,<br><br>v.<br><br>DANNY HERRERA and RICKY BRANNUM,<br><br>Defendants. | Case No. 1:11-cv-01709-LJO-EPG (PC)<br><br>ORDER APPROVING STIPULATION REGARDING RULE 35 EXAMINATION OF PLAINTIFF AND EXTENSION OF EXPERT DISCLOSURE DEADLINE ONLY AS TO DR. MORGAN<br><br>(ECF NO. 209) |

Pursuant to stipulation of the parties (ECF No. 209) and good cause appearing therefore, the stipulation is APPROVED. Dr. Robert Morgan may perform a mental evaluation, pursuant to Federal Rule of Civil Procedure 35, of Plaintiff. Additionally, the expert disclosure deadline is extended only as to Dr. Morgan until November 5, 2018.

IT IS SO ORDERED.

Dated: **September 24, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1