UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., | Case No. 1:11-cv-01709-LJO-EPG (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR A CONFERENCE |
| v. | (ECF NO. 215) |
| DANNY HERRERA and RICKY BRANNUM, | |
| Defendants. | |

Leonard Ransom, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 13, 2018, Plaintiff filed a request for a phone conference. (ECF No. 215). Plaintiff requests a conference because he is being "bombarded" with an exorbitant amount of copies of the same documents, and he is starting to exceed his limit of space. Additionally, Defendants have submitted expert report(s), but the Court has not yet ruled on Plaintiff's motions for Court appointed experts.

Plaintiff's request will be denied because a conference does not appear to be necessary or helpful. The Court has now ruled on the outstanding motions raised in Plaintiff's motion. As to Plaintiff's allegation that he is being "bombarded" with copies, it is unclear why Plaintiff believes a conference regarding this issue would be helpful. Plaintiff has submitted no evidence that the

1

copies are being sent to Plaintiff in bad faith.  Additionally, while Plaintiff has alleged that he is starting to exceed his space limit because of the exorbitant amount of copies, Plaintiff has not alleged that he is unable to discard the extra copies in order to preserve space.

    Accordingly, IT IS ORDERED that Plaintiff's request for a conference is DENIED.

IT IS SO ORDERED.

Dated: **November 15, 2018**  /s/ *Eric P. Groig*
UNITED STATES MAGISTRATE JUDGE