UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>DANNY HERRERA and RICKY BRANNUM, <br><br>　　　　　Defendants. | Case No. 1:11-cv-01709-LJO-EPG (PC) <br><br> ORDER GRANTING DEFENDANTS' APPLICATION TO EXCEED PAGE LIMIT FOR MOTION FOR SUMMARY JUDGMENT |

　　The Court, having considered Defendants' request to exceed the page limitation for a motion for summary judgment, and good cause having been found:

　　**IT IS HEREBY ORDERED** that Defendants' request to file a brief of thirty pages is granted.

IT IS SO ORDERED.

　　Dated: __**December 5, 2018**__　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

2