UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., | Case No. 1:11-cv-01709-LJO-EPG (PC) |
| Plaintiff, | |
| v. | ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR TRIAL |
| DANNY HERRERA and RICKY BRANNUM, | (ECF No. 247) |
| Defendants. | |

Leonard Ransom, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On June 21, 2019, Plaintiff filed a motion for appointment of pro bono counsel. (ECF No. 247).

The Court finds that the appointment of counsel for Plaintiff is warranted for the limited purpose of assisting Plaintiff in preparing for and participating in the trial. Doug Gordon and Lyndsie Russell have been selected from the Court's Pro Bono Attorney Panel to represent Plaintiff for this limited purpose and have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Doug Gordon and Lyndsie Russell are appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting Plaintiff with preparing for and participating in the trial.

1

2. Doug Gordon and Lyndsie Russell's appointment will terminate seven days after completion of the trial.
3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov, if they have any questions related to the appointment.
4. The Clerk of Court is directed to serve a copy of this order upon Doug Gordon and Lyndsie Russell at Miles, Sears, & Eanni, P.O. Box 1432, Fresno, CA 93716.

IT IS SO ORDERED.

Dated: **July 12, 2019**      /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE