# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>DANNY HERRERA and RICKY BRANNUM,<br><br>    Defendants. | Case No. 1:11-cv-01709-LJO-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF NOS. 206, 223, 228, 235, & 259) |

Leonard Ransom, Jr. ("Plaintiff"), is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. "This action now proceeds on Plaintiff's Second Amended Complaint (ECF No. 72), against defendants Brannum and Herrera on Plaintiff's Fourteenth Amendment procedural due process claim, Fourteenth Amendment substantive due process claim under Devereaux, retaliation claim, section 1983 malicious prosecution claim, and conspiracy claim." (ECF No. 77, p. 2).

On December 10, 2018, Defendants filed a motion for summary judgment. (ECF No. 223). On December 11, 2018, Defendants filed an amended declaration of B. Feinberg, MD, in support of their motion for summary judgment. (ECF No. 224). On December 26, 2018, Plaintiff filed a motion to strike the amended declaration of B. Feinberg, MD. (ECF No. 228). On January 9, 2019, Defendants filed their opposition to the motion to strike. (ECF No. 231). On February 21, 2019, Plaintiff filed his opposition to the motion for summary judgment and

cross-motion for summary judgment (ECF No. 235), and his response to Defendants' separate statement of undisputed facts (ECF No. 233). On March 22, 2019, Defendants filed their reply, their response in support of their separate statement of undisputed facts, and objections to Plaintiff's evidence. (ECF No. 238).

On June 26, 2019, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that:

> 1. Defendants' motion for summary judgment (ECF No. 223) be GRANTED in part and DENIED in part;
> 2. This case proceed only on Plaintiff's <u>Devereaux</u> substantive due process claim, retaliation claim, and conspiracy claim, and that Defendants be GRANTED summary judgment as to all other claims;
> 3. Defendants' summary judgment motion be DENIED as to damages;
> 4. Plaintiff's cross-motion for summary judgment (ECF No. 235) be DENIED;
> 5. Plaintiff's request for judicial notice (ECF No. 206) be DENIED; and
> 6. Plaintiff's motion to strike the amended declaration of B. Feinberg, MD (ECF No. 228) be DENIED.

(ECF No. 249, pgs. 32-33).

The parties were provided an opportunity to file objections to the findings and recommendations. Defendants filed objections on July 10, 2019. (ECF No. 253). Plaintiff did not object to the findings and recommendations, but he did file supplemental exhibits (ECF No. 251) and a reply to Defendants' objections (ECF No. 263). On July 17, 2019, Defendants filed a motion to strike Plaintiff's supplemental exhibits. (ECF No. 259).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

As to Plaintiff's supplemental exhibits, even if the Court were to consider them (they were filed months after the opposition deadline expired, and Plaintiff did not ask for leave to file a supplement), they do not change the result.

As the supplemental exhibits do not change the result even if they were to be considered, the Court will deny Defendants' motion to strike.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on June 26, 2019, are ADOPTED in full;
2. Defendants' motion for summary judgment (ECF No. 223) is GRANTED in part and DENIED in part;
3. This case proceed only on Plaintiff's <u>Devereaux</u> substantive due process claim, retaliation claim, and conspiracy claim. Defendants are GRANTED summary judgment as to all other claims;
4. Defendants' summary judgment motion is DENIED as to damages;
5. Plaintiff's cross-motion for summary judgment (ECF No. 235) is DENIED;
6. Plaintiff's request for judicial notice (ECF No. 206) is DENIED;
7. Plaintiff's motion to strike the amended declaration of B. Feinberg, MD (ECF No. 228) is DENIED; and
8. Defendants' motion to strike Plaintiff's supplemental exhibits (ECF No. 259) is DENIED.

IT IS SO ORDERED.

Dated: **July 24, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE