# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR.,<br><br>Plaintiff,<br><br>v.<br><br>DANNY HERRERA and RICKY BRANNUM,<br><br>Defendants. | Case No. 1:11-cv-01709-LJO-EPG (PC)<br><br>ORDER ON PLAINTIFF'S MOTION FOR CLARIFICATION RE: ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR TRIAL<br><br>(ECF NO. 291) |

On August 14, 2019, Plaintiff, *pro se*, filed a motion for clarification regarding the Court's order appointing limited purpose counsel for trial. (ECF No. 291). Plaintiff asks for clarification regarding whether Plaintiff is supposed to file his own motions with the assistance of appointed counsel, or if his counsel is supposed to file all necessary papers.

Plaintiff's counsel was appointed to file all necessary pretrial papers, as well as to represent Plaintiff at trial. Plaintiff should not make any more *pro se* filings in this case related to pretrial matters.

IT IS SO ORDERED.

Dated: **August 15, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1