UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR.,<br>                Plaintiff,<br><br>v.<br><br>DANNY HERRERA and RICKY BRANNUM,<br>                Defendants. | Case No. 1:11-cv-01709-LJO-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT GEORGE REED, CDC #H-85916, WITNESS<br><br>DATE: September 24, 2019<br>TIME: 8:30 a.m. |

      George Reed, inmate, CDC #H-85916, a necessary and material witness for Plaintiff in proceedings in this case on September 24, 2019, is confined at California State Prison, Los Angeles County, 44750 60th Street West, Lancaster, CA 93536, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Chief Judge Lawrence J. O'Neill, Courtroom #4, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California, on September 24, 2019, at 8:30 a.m.

### ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court.

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California State Prison, Los Angeles County**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **August 22, 2019**                           /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

