UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., <br><br> Plaintiff, <br><br> v. <br><br> DANNY HERRERA and RICKY BRANNUM, <br><br> Defendants. | Case No. 1:11-cv-01709-LJO-EPG (PC) <br><br> ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT ANDRE M. JOHNSON, CDC #C-71184, WITNESS <br><br> (ECF NO. 300) |

On August 23, 2019, the Court issued an Order & Writ of Habeas Corpus Ad Testificandum to transport Andre Johnson, CDC #C-71184, Plaintiff's witness, to court, so that he could testify at the trial on September 24, 2019. (ECF No. 300). On September 17, 2019, Plaintiff filed a notice withdrawing Andre Johnson from his witness list. (ECF No. 317).

Accordingly, IT IS ORDERED that the Order & Writ of Habeas Corpus Ad Testificandum to Transport Andre M. Johnson, CDC #C-71184, Witness, is VACATED.

IT IS SO ORDERED.

Dated: **September 18, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1