# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., <br><br> Plaintiff, <br><br> v. <br><br> DANNY HERRERA and RICKY BRANNUM, <br><br> Defendants. | Case No. 1:11-cv-01709-LJO-EPG (PC) <br><br> ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT LEONARD RANSOM, JR., CDC #D-13702, PLAINTIFF <br><br> (ECF NO. 298) <br><br> ORDER DIRECTING CLERK TO EMAIL A COPY OF THIS ORDER TO THE LITIGATION COORDINATOR AND THE OUT-TO-COURT DESK AT HIGH DESERT STATE PRISON |

On August 23, 2019, the Court issued an Order & Writ of Habeas Corpus Ad Testificandum to transport Leonard Ransom, Jr., CDC #D-13702, the plaintiff in this case, to court, so that he could testify at the trial on September 24, 2019. (ECF No. 298). On September 20, 2019, the Court vacated the trial. (ECF No. 322).

Accordingly, IT IS ORDERED that the Order & Writ of Habeas Corpus Ad Testificandum to Transport Leonard Ransom, Jr., CDC #D-13702, Plaintiff, is VACATED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to email a copy of this order to the litigation coordinator and the out-to-court desk at High Desert State Prison.

IT IS SO ORDERED.

Dated: **September 20, 2019**                    /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE

1