UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., <br><br> Plaintiff, <br><br> v. <br><br> DANNY HERRERA and RICKY BRANNUM, <br><br> Defendants. | Case No. 1:11-cv-01709-LJO-EPG (PC) <br><br> ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT GEORGE REED, CDC #H-85916, WITNESS <br><br> (ECF NO. 299) <br><br> ORDER DIRECTING CLERK TO EMAIL A COPY OF THIS ORDER TO THE LITIGATION COORDINATOR AND THE OUT-TO-COURT DESK AT CALIFORNIA STATE PRISON, LOS ANGELES COUNTY |

On August 23, 2019, the Court issued an Order & Writ of Habeas Corpus Ad Testificandum to transport George Reed, CDC #H-85916, Plaintiff's witness, to court, so that he could testify at the trial on September 24, 2019. (ECF No. 299). On September 20, 2019, the Court vacated the trial. (ECF No. 322).

Accordingly, IT IS ORDERED that the Order & Writ of Habeas Corpus Ad Testificandum to Transport George Reed, CDC #H-85916, Witness, is VACATED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to email a copy of this order to the litigation coordinator and the out-to-court desk at California State Prison, Los Angeles County.

IT IS SO ORDERED.

Dated: **September 20, 2019**            /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

1