# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., <br><br> Plaintiff, <br><br> v. <br><br> DANNY HERRERA and RICKY BRANNUM, <br><br> Defendants. | Case No. 1:11-cv-01709-LJO-EPG (PC) <br><br> ORDER RE: PLAINTIFF'S LETTER <br><br> (ECF NO. 326) |

On October 21, 2019, Plaintiff, *pro se*, filed a letter with the Court. (ECF No. 326). Plaintiff states that, despite the writ directing Plaintiff to be transported to Court for trial being vacated, Plaintiff has not been transported back to his institution of confinement. Plaintiff asks the Court to inquire as to this issue. Plaintiff also asks the Court to inquire as to why the settlement funds have not been disbursed.

As to the issue regarding payment of settlement funds, Plaintiff should review the settlement agreement and/or contact his limited purpose counsel.

As to the transportation issue, IT IS ORDERED that Defendants have until October 25, 2019, to file a response.

IT IS SO ORDERED.

Dated: **October 22, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1