UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>DANNY HERRERA and RICKY BRANNUM,<br><br>        Defendants. | Case No. 1:11-cv-01709-LJO-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S LETTER DATED NOVEMBER 18, 2019<br><br>(ECF NO. 330) |

Plaintiff, *pro se*, filed a letter with the Court dated November 18, 2019. (ECF No. 330). Plaintiff states that he has "been informed that the Attorney General and/or CDCR has not completed the settlement agreement, and returned it to counsel (the copy)." (Id. at 1). Plaintiff asks the Court to "order immediate resolution of the [] issue" and to "facilitate[e] the disbursement on the agreed upon funds." (Id.).

It appears that Plaintiff is asking the Court to enforce the settlement agreement. However, Plaintiff's letter does not include a copy of the settlement agreement or a summary of any of the terms he is asking the Court to enforce. Moreover, Plaintiff does not state when funds are due according to the agreement and whether Defendants have breached the agreement by failing to pay in a timely manner. Therefore, Plaintiff's request is DENIED.

If Plaintiff is seeking to enforce the settlement agreement, he should file a motion explaining what terms of the agreement he believes have been breached. Plaintiff should attach a

1

copy of the settlement agreement to the motion, or explain why he cannot do so.

IT IS SO ORDERED.

Dated: **December 3, 2019**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE