# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD RANSOM, JR., <br><br> Plaintiff, <br><br> v. <br><br> DANNY HERRERA and RICKY BRANNUM, <br><br> Defendants. | Case No. 1:11-cv-01709-LJO-EPG (PC) <br><br> ORDER RE: PLAINTIFF'S LETTER FILED JANUARY 27, 2020 <br><br> (ECF NO. 332) |

Plaintiff, *pro se*, filed a letter with the Court on January 27, 2020. (ECF No. 332). In the letter, Plaintiff complains that date the settlement payment is due has been extended several times. On February 4, 2020, Defendants filed a response regarding the status of the settlement payment. (ECF No. 334).[1] According to Defendants, the settlement is now "in processing and Plaintiff will receive payment by the 180-day deadline set forth under the terms of the revised settlement agreement." (Id. at 2).

The Court will take no action at this time. If Plaintiff does not receive payment pursuant to the terms of the settlement agreement, Plaintiff may file a motion to enforce the settlement agreement.

IT IS SO ORDERED.

Dated: **February 5, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] While Plaintiff's counsel was served with a copy of the response, it does not appear that Plaintiff was served with a copy of the response.

1